UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAKIIN ABDIRASHID HUSSEIN,

    Plaintiff(s),

  v.

TRIDENT SEAFOOD CORPORATION, et al.,

    Defendant(s).

NO. C06650-P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Amended Joint Status Report and Discovery Plan (Dkt. No. 7) and notes that the status of Plaintiff's counsel is still undecided.

Defendants shall have 15 days from the date of this order to file a motion to disqualify Plaintiff's counsel if they wish to do so.  If a motion to disqualify Plaintiff's counsel is not filed, the parties shall have 28 days from the date of this order to file a Second Amended Joint Status Report and Discovery Plan.  If a motion to disqualify Plaintiff's counsel is filed, the Joint Status Report requirement will be suspended pending a decision on that motion.

Filed this 3rd day of August, 2006.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER