1

2

3

4                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
5                             AT SEATTLE

6    HUSSEIN,

7                        Plaintiff(s),
                                                    NO. C06-650P
8          v.
                                                    MINUTE ORDER
9    TRIDENT SEAFOODS CORPORATION, et al.,

10                      Defendant(s).

11

12

13         The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15         On August 3, 2006, the Court filed a minute order requiring the Plaintiff to either: (1) file a

16   motion to disqualify Defendant's counsel or (2) file a second Amended Joint Status Report.  The

17   deadline for the former was August 18, 2006; for the latter, August 31.

18         Plaintiff has neither filed a motion to disqualify counsel or a second Amended Joint Status

19   Report.  Plaintiff is hereby ordered to file a second Amended Joint Status Report by September 25,

20   2006;  if he does not do so, the Court will dismiss the case on its own motion for failure to prosecute.

21         Filed this 18th day of September, 2006.

22                                                  BRUCE RIFKIN, Clerk

23

24                                           By      /s Mary Duett
                                                    Deputy Clerk
25

26   MINUTE ORDER